IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

NATHALIE MOISE,

      Appellant,

v.

      Case No.  5D21-2557
      LT Case No. 2020-CF-5236-A-O

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed June 2, 2022

Appeal from the Circuit Court
for Orange County,
Mark S. Blechman, Judge.

Harold M. Bacchus, of Bacchus Law
Firm, P.A., Winter Park, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Carmen F. Corrente,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EDWARDS and HARRIS, JJ., concur.